BERSCHLER ASSOCIATES, PC
Arnold I. Berschler (SBN 56557)
1388 Sutter Street, Suite 810
San Francisco, California 94109
415-398-1414
info@berchler.com

Attorneys for plaintiffs:
ROBYN LYNN KELLY
RYAN TUTTLE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN LYNN KELLY,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARDSON'S BAY REGIONAL AGENCY, CURTIS HAVEL,<br><br>Defendants.<br><br>RYAN TUTTLE,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARDSON'S BAY REGIONAL AGENCY, CURTIS HAVEL,<br><br>Defendants. | Case No.: 3:20-cv-06791-WHO<br>Case No.: 3:21-cv-03019- WHO<br><br>**STIPULATION FOR ORDER OF DISMISSAL AND** [proposed] **ORDER** |

//
//
//
//

STIPULATION AND                                    CASE NO.: 3:20-CV-06791
ORDER FOR DISMISSAL                                CASE NO.: 3:21-CV-03019-

1

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel of record that, pursuant to Federal Rules of Civil Procedure Rule 41 (a) (2) and the full and final settlement of the entire case, the above-captioned action, including all claims, cross-claims, cross-complaints, and counterclaims brought therein, is dismissed with prejudice, each party to bear its own costs and fees.

IT IS FURTHER STIPULATED and respectfully requested that the Honorable Court issue the below-appearing proposed *Order*.

IT IS SO STIPULATED.

Dated: January 26, 2024            BERSCHLER ASSOCIATES, PC.

_____
Arnold I. Berschler, attorney for:
 ROBYN LYNN KELLY and,
RYAN TUTTLE

Dated: March 20, 2024            LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
David Russo, attorneys for
RICHARDSON'S BAY REGIONAL AGENCY
and CURTIS HAVEL]

//
//
//
//
//
//
//
//

STIPULATION AND                                         CASE NO.: 3:20-CV-06791
ORDER FOR DISMISSAL                                     CASE NO.: 3:21-CV-03019-

**ORDER**

Pursuant to the stipulation of the parties above, the Court hereby dismisses this case with prejudice pursuant to Federal Rules of Civil Procedure Rule 41 (a) (2), each party to bear its own costs and fees.

FURTHER ORDERING THAT the Court retains jurisdiction to enforce terms of settlement by the parties.

IT IS SO ORDERED:

DATED: March 22, 2024      _____
　　　　　　　　　　　　　　　　Honorable WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　United States District Court Judge

STIPULATION AND　　　　　　　　　　　　　　　CASE NO.: 3:20-CV-06791
ORDER FOR DISMISSAL　　　　　　　　　　　　　CASE NO.: 3:21-CV-03019-